## CATTERLIN *v.* SOMERVILLE.

ACTION.—Where money is paid but not credited on a judgment, and afterwards execution is issued thereon, and the whole amount collected by levy and sale of the property of the defendant, the latter may maintain an action against the plaintiff for the money so paid and not credited.

DEMAND.—Where it is the duty of a party, by contract or otherwise, to remit or apply money in his hands without demand, no demand is necessary before suit against him for such money.

Catterlin *v.* Somerville.

APPEAL from the *Clinton* Common Pleas.

PERKINS, J.—*Fowler* and *Earl* had a judgment against *Somerville* and others. Before its full satisfaction, the defendants paid to *Sims,* attorney, for *Fowler* and *Earl,* 100 dollars on the judgment, taking a receipt which specified that the amount was paid to be credited on the judgment. *Sims* paid the 100 dollars to *Catterlin,* the agent of *Fowler* and *Earl.* It was not credited on the judgment. Afterwards an execution was taken out by *Fowler* and *Earl,* upon their judgment, and the whole amount collected from *Somerville* and others, the defendants in the judgment.

This suit is by *Somerville* and others against *Catterlin* to recover back the money paid him by *Sims,* which was paid to the latter by *Somerville,* &c.

The action for money had and received will lie in such a case; and that being so the judgment in the case at bar was right. *Weisner* v. *Buckley,* 15 Wend. 321; *Smith* v. *Weeks,* 26 Barb. (N. Y.) Rep. 492, where the cases on this subject generally are collected, and criticised; also, Chit. on Cont., 7th Am. ed., p. 639, note.

No demand was necessary before suit in this case. An agent or trustee is, in general, not liable to his principal, or *cestui que trust,* without a demand; but *Catterlin* is not here sued by his principal; and, in cases where it is the duty of a party, by contract or otherwise, to remit or apply money in his hands without a demand, no demand is necessary before suit. This was such a case. See, for authorities, *Walworth* v. *Thompson,* 6 Hill (N. Y.) Rep. 540; *Stacy* v. *Graham,* 14 (N. Y.) Rep. 492.

*Per Curiam.*—The judgment is affirmed, with 1 per cent. damages and costs.

*J. N. Sims,* and *McDonald & Roache,* for the appellant.

*R. P. Davidson,* for the appellee.